December 15, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

## THE ESTATE OF KATHI WALSH

NO. 14-16-00312-CV

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on March 22, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.